**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | |
|---|---|
| DARLENE J. BLOOMQUIST and<br>LARRY L. BLOOMQUIST,<br><br>Plaintiffs,<br><br>vs.<br><br>C. R. BARD, INC., and BARD<br>PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 09-5086-CV-SW-RED<br>)<br>)<br>)<br>)<br>) |

## SECOND AMENDED SCHEDULING AND JURY TRIAL ORDER

The Court held a teleconference in this case on February 4, 2011, to discuss The Parties' Joint Motion to Modify the Scheduling Order to Extend Certain Discovery Deadlines (Doc. 49). Pursuant to the rulings made during the teleconference, the Court **GRANTS** the Motion. The Court will amend the Amended Scheduling and Jury Trial Order (Doc. 34) in the following manner:

1. The Plaintiffs shall designate any expert witnesses they intend to call at trial and disclose the expert witnesses' expert reports on or before **March 31, 2011**. The Defendants shall designate any expert witnesses they intend to call at trial and disclose the expert witnesses' expert reports on or before **April 30, 2011.**

2. All pretrial discovery authorized by the Federal Rules of Civil Procedure shall be completed on or before **July 29, 2011.** All discovery motions shall be filed on or before **July 29, 2011.**

3. The deadline to file dispositive motions is extended to **August 5, 2011.**

The parties are reminded that this case is set for trial at **9:00 a.m. on October 31, 2011** and the pretrial conference will take place at **10:00 a.m., on October 17, 2011.** All other deadlines and

requirements of the previous scheduling order which are not specifically amended herein shall remain in full force and effect.

**IT IS SO ORDERED**.

DATED: February 10, 2011  */s/ Richard E. Dorr*
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT